IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Southern</u> DISTRICT OF GEORGIA
<u>DUBLIN</u> DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2022 JUN 13 A 9:37
CLERK_____
SO. DIST. OF GA.

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Sidney J. McKinney JR.
GDC # 0001049173

CV322 - 62

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

CIVIL ACTION NO:

VS.

Warden Jermaine White
et al

(NAME OF EACH DEFENDANT)

Defendant(s)

## I. GENERAL INFORMATION

1. Your full name <u>and</u> prison number: Sidney Jerome McKinney, JR. #1049173
2. Name and location of prison where you are <u>now</u> confined: Telfair St. Prison - Helena, Ga.
3. Sentence you are now serving (how long?) Life without Parole
   (a) What were you convicted of? Count #1 - Malice Murder, Count #2 - Felony Murder, Count #3 - Aggravated Assault
   (b) Name and location of court which imposed sentence: Thomas County Jail - Justice Center - 921 Smith Ave. Thomasville, Ga. 31799
   (c) When was sentence imposed? April ●, 2016
   (d) Did you appeal your sentence and/or conviction? Yes ✓ No ☐
   (e) What was the result of your appeal? Affirmed

(f) Approximate date your sentence will be completed  00/00/00

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?
Yes [ ]  No [✓]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
      Plaintiff(s): _____
      Defendant(s): N/A
   (b) Name of Court: _____
   (c) Docket Number: _____ When did you file this lawsuit? _____
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending?  Yes [ ]  No [ ]
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
      (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
      N/A

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?  Yes [✓]  No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
      Plaintiff(s): Sidney J. McKinney, JR.
      Defendant(s): Virginia Williams
   (b) Name of Court: U.S. District Court - Middle District Ga. Valdosta Div.
   (c) Docket Number: 7:19-CV-00190-HL-TQL - When did you file this lawsuit? Oct. 2019
   (d) Name of judge assigned to case: Thomas Q. Langstaff
   (e) Is this case still pending?  Yes [ ]  No [✓]

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

Jacob Beasley (Warden at Valdosta St. Prison) in his official capacity, was DWS at Telfair SP in 2020. Karen Thomas- Unit manager- in her official capacity (Captain at time.)

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?    Yes ✓    No ☐

(1) If Yes, to whom did you appeal and what was the result? I appealed to Central Office, GDC Office of Professional Standards P.O. Box 1529 Forsyth, Ga. 31029 partially granted appeal.

(2) If No, explain why you did not appeal: _____

10. In what other institutions have been confined? Give dates of entry and exit.

Coffee Correctional Facility - 2000 to Nov. 23, 2003
Hays State Prison - June 2016 to Dec. 3, 2019
Telfair State Prison - Dec. 3, 2019 to Present

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Telfair State Prison P.O. Box 549, Helena, Ga. 31037

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Jermaine White - Warden in his official capacity; Veronica Stewart - DWS in her official capacity; Jacob Beasley - Warden at Valdosta SP - in his official capacity (DWS at Telfair at time); Tonja Keith - DWC3,T in her official capacity; Karen Thomas - Unit Manager in her official capacity (captain at

(f)   If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

The case was dismissed without prejudice because I failed to state a claim.

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?     Yes ✓    No ☐

If your answer is Yes, state the name of the court and docket number as to each case:

U.S. District Court for the Middle District of Georgia Valdosta Division
7819-CV-00190-HL-TQL

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? Telfair State Prison - P.O. Box 549 McCrae-Helena, Ga. 31037

(a) Does this institution have a grievance procedure?     Yes ✓    No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ✓    No ☐

(2) If Yes, what was the result? They denied it stating "GDC Tactical Squad Units are assigned to assist Telfair State Prison during AM and PM shifts.

(3) If No, explain why not:

12.
Continued
↳ time of lack of security at Telfair State Prison.

14 ned
↳ Thomas - Unit Manager, (was Captain at the time of lack of security) in her official capacity; where deliberately indifferent. They had knowledge of their being no staff in the booth(s) and failed to act reasonable at the time when they lacked security. The harm that I have suffered due to the prison officials actions is by being housed in E1-201 well over 12 months. And I can't get back those 12 months lost, I have been denied. I haven't been able to participat in any details or educational programs that work toward me recieving pick points to go home, I have been denied I have been denied normal regular and routine privilege that are allowed to all inmates, monthly incentive meals weekly store calls, phone, communication with family, any and all things governed and controlled by security and the administration officials with security that gives them a duty which in turn, gives me a right.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Telfair State Prison(s) Security staff: Jermaine White, Warden in his official capacity; Jacob Beasley, Warden at Valdosta S.P., DWS (at time of lack of security) in his official capacity; Veronica Stewart - DWS in her official capacity; Tonja Keith - DWC&T in her official capacity; Karen

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I have already been violated and have suffered harm that I cannot recover from. I am seeking to recieve damages in the amount of $40,000.00

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 6th day of June, 20 22.

_Sidney M_____
PLAINTIFF

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? __Telfair State Prison__

WHEN do you allege this incident took place? __Nov. 2020 to Present.__

WHAT happened? __My Eight (8th) Amendment rights was violated due to "Cruel and Unusual Punishment." I was placed at substantial risk of serious harm of assault, due to lack of security and safety, also of generalized and dangerous conditions due to Telfair State Prison having a well-known and documented account of inmates being stabbed severly and hospitalized, an even requiring medical attention on the regular.__

E1-201



Georgia Department of Corrections
Office of Professional Standards
P.O. Box 1529
Forsyth, Georgia 31029

ATTACHMENT 9
SOP IIB05-0001

Brian P. Kemp
Governor

Timothy C. Ward
Commissioner

## CENTRAL OFFICE APPEAL RESPONSE

**Offender's Name:** McKinney, Sidney     **Grievance Number:** 334517

**GDC#:** 1049173                          **Facility:** Telfair State Prison

A member of my staff has reviewed your grievance. In your written statement you allege that there is a lack of security at TSP which is a threat to your life and welfare.

Our investigation revealed that there are staffing shortages around the state. At this time, recruitment and interviews are being established to help aid in this issue. TSP has also implemented a schedule consisting of TACT squads to help with the daily necessities of the inmates. The department is aware of the staffing issues and are continuing to work to implement ways to aid in this dilemma. Based on this information, this grievance is partially granted.

Date: 3/21/2022   JM

Commissioner's Designee, Southeast Region
Office of Professional Standards

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____     _____
Offender's signature                              (date)

Sidney J. McKinney, JR. #1249078/E40
P.O. Box 549
Telfair St. Prison
Helena, Ga. 31037



Clerk, U.S. District Court
Southern District of Georgia
P.O. Box 1130
Augusta, Ga. 30903



TELFAIR STATE PRISON
P.O. BOX 549, HELENA, GA 31037

"The enclosed letter was processed through special mailing procedures to forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility/center has jurisdiction, you may wish to return the material for further information, or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."