IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| SIDNEY J. McKINNEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-062 |
| | ) | |
| JERMAINE WHITE, Warden; | ) | |
| JACOB BEASLEY, Former Deputy Warden | ) | |
| of Security; VERONICA STEWART, | ) | |
| Deputy Warden of Security; TONJA KEITH, | ) | |
| Deputy Warden of Care and Treatment; and | ) | |
| KAREN THOMAS, Unit Manager, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 11.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 8th day of September, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE